Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Thomas J. Hanlon
Assistant United States Attorneys
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 1:23-CR-2037-SAB-5 |
| v. | INDICTMENT |
| | 18 U.S.C. § 3 |
| | Accessory After the Fact |
| | (Counts 1, 3) |
| MICHAEL LEE MOODY, | |
| | 18 U.S.C. § 1201(a)(1) |
| | Kidnapping Resulting in Death |
| | (Count 2) |
| Defendants. | |

The Grand Jury charges:

Introductory Allegations

At all times material to this indictment:

INDICTMENT – 1

A. Description of Locations:

The following locations are in the Eastern District of Washington, within the boundaries of the Yakama Nation Indian Reservation, and on trust land, in Indian Country,

1. 1161 Donald Wapato Road, Wapato, Washington, further described as Allotment No. 1147-A, that part of the W ½ SE ¼ NW ¼ lying SE of the centerline of Donald Road in Sec. 11, T. 11 N., R. 19 E., Willamette Meridian, Yakima County, also known as "The House of Souls;"

2. 4670 Branch Road, Wapato, Washington, further described as Allotment No. 1924-A, commencing at the NW corner of Sec. 32, T. 11 N.., R. 19 E., W.M. Yakima County, thence E. 990' along the N. boundary of said tract; thence S. 590' to the true point of beginning; thence W. 60'; thence S. 330'; thence E. 165'; thence N. 330'; thence W. 105' to the point of beginning, also known as "The Estrada Ranch;"

3. GPS coordinates 46° 17' 19"N, 120° 42'54"W, south of Pom Pom Road, White Swan, Washington, further described as Allotment No. 3096, Lot 1, SE ¼ NE ¼, E ½ SE ¼, of Sec. 5, T, 9 N., R. 17 E., Willamette Meridian, Yakima County; and

INDICTMENT – 2

4.  GPS coordinates 46.3964185, -120.3617772, Wapato, Washington, further described as Allotment No. 1044, the SE ¼ NE ¼ and the NE 1/3 SE ¼ of Sec. 31, T. 11 N., R. 20 E., Willamette Meridian, Yakima County, near M&R Towing.

   B. Description of Individuals

5.  Jedidah Iesha Moreno and Defendants ▮▮▮▮ and MICHAEL LEE MOODY are non-Indian. Rosenda Strong and Defendants ▮▮▮▮ are Indian.

   C. Murder of Rosenda Strong

6.  On or about October 5, 2018, at 1161 Donald Wapato Road, Wapato, Washington, also known as the House of Souls, Jedidah Iesha Moreno and Rosenda Strong were engaged in an argument. Jedidah Iesha Moreno fired multiple gunshots at Rosenda Strong and murdered Rosenda Strong. Several individuals, including but not limited to the Defendants ▮▮▮▮ MICHAEL LEE MOODY, ▮▮▮▮ and others known and unknown to the Grand Jury, were either inside the residence or nearby the House of Souls at the time of the murder.

7.  After murdering Rosenda Strong, Jedidiah Iesha Moreno, who was armed with a firearm, requested that others present assist in disposing of her body.

INDICTMENT – 3

1  Defendants ████████████████████████████████████ placed
2  Rosenda Strong's body into a freezer. Defendants ██████████████ and
3
4  MICHAEL LEE MOODY, and others known and unknown to the Grand Jury,
5  transported the freezer containing Rosenda Strong's body to another location using
6
7  Defendant ████████████████ truck. Defendants ████████
8  ████████████████ MICHAEL LEE MOODY, and ████████
9
10  ████████ assisted in dumping Rosenda Strong's remains near GPS
11  coordinates 46.3964185, -120.3617772, near M&R Towing.
12
13  8.      On July 4, 2019, a citizen discovered human remains at the location near
14  GPS coordinates 46.3964185, -120.3617772, near M&R Towing. Law
15  enforcement was contacted. Dental records confirmed that the remains were that
16
17  of Rosenda Strong.
18          D.  Murder of Jedidah Iesha Moreno
19
20  9.      On or about October 6, 2018, at 4670 Branch Road, Wapato, also known as
21  the Estrada Ranch, in a detached garage, Jedidah Iesha Moreno shot and wounded
22
23  Defendant ████████████████ with a firearm, wounding Defendant
24  ████████████████ hand. After the shooting, Jedidah Iesha Moreno
25  exited the detached garage. ████████████████ and others known and
26
27  unknown to the Grand Jury then quickly locked the doors of the detached garage
28  to prevent Jedidah Iesha Moreno from re-entering the detached garage.

INDICTMENT – 4

10. After Jedidah Iesha Morena shot Defendant ▆▆▆▆▆▆▆▆▆ in the hand, Defendant ▆▆▆▆▆▆▆▆▆ learned that Defendant ▆▆▆▆▆▆▆▆▆ needed assistance at the Estrada Ranch. Defendant ▆▆▆▆▆▆▆▆▆ traveled to the Estrada Ranch in a Dodge Durango with Vehicle Identification Number 1D8HB48P77F554179 (hereinafter the "Dodge Durango"). The Dodge Durango was manufactured outside of the State of Washington.

11. After arriving at the Estrada Ranch, Defendant ▆▆▆▆▆▆▆▆▆ transported Jedidah Iesha Moreno to the House of Souls in the Dodge Durango. After receiving a phone call on his cellular phone, Defendant ▆▆▆▆▆▆▆▆▆ transported Jedidah Iesha Moreno back to the Estrada Ranch, again using the Dodge Durango. Jedidiah Iesha Moreno was physically restrained.

12. Upon returning to the Estrada Ranch, Defendant ▆▆▆▆▆▆▆▆▆ and others both known and unknown to the Grand Jury physically restrained Jedidah Iesha Moreno with a cargo strap and duct tape and forced her into the trunk of a Chevrolet Impala. The Chevrolet Impala was manufactured outside of the State of Washington. Defendant ▆▆▆▆▆▆▆▆▆, using a .45 caliber pistol, then fired several bullets into the trunk of the Chevrolet

INDICTMENT – 5

1  Impala inside which Jedidah Iesha Moreno was lying, bound, on her side, hitting
2  her multiple times.
3  13.    Two juvenile individuals known and unknown to the Grand Jury then
4  transported Jedidah Iesha Moreno's body to another location in the Chevrolet
5  Impala. The two juvenile individuals known and unknown to the Grand Jury
6  dumped the body of Jedidah Iesha Moreno at a location within the external
7  boundaries of the Yakama Nation Indian Reservation. A juvenile known to the
8  Grand Jury fired multiple rounds into the body of Jedidah Iesha Moreno.
9  14.    The following day, Defendant ▓▓▓▓▓▓▓▓▓▓▓▓ learned what had happened the prior day with respect to the murder of Jedidah Iesha Moreno. Defendant ▓▓▓▓▓▓▓▓▓▓ and others known and unknown to the Grand Jury searched for and located the body of Jedidah Iesha Moreno. Defendant ▓▓▓▓▓▓▓▓▓▓ and others known and unknown to the Grand Jury transported Jedidah Iesha Moreno's body to a more secluded location in an attempt to conceal it and her murder. Defendant ▓▓▓▓▓▓▓▓ removed a nylon strap from the body of Jedidah Iesha Moreno, and he and others known to the Grand Jury transported the body to GPS coordinates 46° 17' 19"N, 120° 42'54"W, south of Pom Pom Road, White Swan, Washington. At that time, a juvenile known to the Grand Jury fired multiple .22 caliber rounds into Jedidah Iesha Moreno's body.

INDICTMENT – 6

15.   On November 28, 2018, a citizen discovered the remains of Jedidah Iesha Moreno and law enforcement was immediately contacted.

16.   Sometime after the murder of Jedidiah Iesha Moreno, but by no later than October 31, 2018, ███████████████████ and a juvenile known to the Grand Jury attempted to hide the Chevrolet Impala by submerging it in a pond in the Eastern District of Washington.  On January 6, 2019, the Yakima County Sheriff's Office located and removed the Chevrolet Impala from the pond.

COUNT ONE (18 U.S.C. § 3 -Accessory After the Fact)

17.   The allegations contained in paragraphs 1 through 16 of this Indictment are realleged in these counts and incorporated by reference as if fully set forth herein.

18.   On or about October 2, 2018, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, the Defendants, ███████████████████ ███████████████████ and MICHAEL LEE MOODY,  knowing that Jedidah Iesha Moreno had committed an offense against the United States, to wit: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1152, did knowingly assist Jedidah Iesha Moreno in order to hinder and prevent her apprehension, trial, and punishment; all in violation of 18 U.S.C. § 3.

INDICTMENT – 7

COUNT TWO (18 U.S.C. § 1201(a)(1) -Kidnapping Resulting in Death)

19. The allegations contained in paragraphs 1 through 18 of this Indictment are realleged in these counts and incorporated by reference as if fully set forth herein.

20. On or about October 6, 2018, in the Eastern District of Washington, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, did unlawfully and willfully seize, kidnap, abduct, confine, carry away, inveigle, and hold for ransom or reward or otherwise Jedidah Iesha Moreno, and did use a means, facility, and instrumentality of interstate commerce, in furtherance of the commission of the offense, Kidnapping Resulting in Death, in violation of 18 U.S.C. § 1201(a)(1).

COUNT THREE (18 U.S.C. 3 -Accessory After the Fact)

21. The allegations contained in paragraphs 1 through 20 of Introductory Allegations of this Indictment are realleged in these counts and incorporated by reference as if fully set forth herein. (1)

22. On or about October 7, 2018, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, the Defendant, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, knowing that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ had committed an offense against the United States, to wit: Kidnapping Resulting in Death, in violation of 18 U.S.C. § 1201(a)(1), did knowingly assist ▇▇▇▇

//

INDICTMENT – 8

████████████████ in order to hinder and prevent his apprehension, trial, and punishment, in violation of 18 U.S.C. § 3.

DATED this ___day of June, 2023.

A TRUE BILL

_____
Foreperson

_____
Vanessa R. Waldref
United States Attorney

_____
Michael D. Murphy
Assistant United States Attorney

_____
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 9